lant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GUSSIE LECHTMAN, as Assignee of ABRAHAM LECHTMAN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment and order reversed, with costs, and the motion denied, on the ground that there are triable issues of fact. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to affirm.

WILLIAM A. BEER, Respondent, v. S. ASHLEY CHANLER and WILLIAM ASTOR CHANLER, Appellants, Impleaded with Another, Defendant.— There is no basis in the record for an assessment of damages in plaintiff's favor in excess of the sum of $2,500. The judgment is modified accordingly, and as so modified affirmed, without costs. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of THE NETACOS CORPORATION for an Order Fixing the Rights and Priorities as between It, LAWYERS TITLE AND GUARANTY COMPANY and RECONSTRUCTION FINANCE CORPORATION, with Respect to Certain Guaranteed Mortgage Certificates in Mortgage No. " Q " 25088, Covering Premises Known as Nos. 231–237 Jackson Avenue, Long Island City, New York, and Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY. THE NETACOS CORPORATION, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, etc., and Another, Respondents.— Order unanimously modified to provide that the right of the Superintendent of Insurance as liquidator to payment as owner and holder of certificate No. 3 is subordinate to the right of the appellant to payment as owner and holder of certificate No. 1, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB DANIELS, Appellant, against JOHN E. CONNELLY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB DANIELS, Appellant, against JOHN E. CONNELLY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of BARBARA FLEISCHMAN, Also Known as BARBARA FLEISCHMANN, Deceased, to Discover Certain Property of Said Deceased. JAMES F. EGAN, Public Administrator, Respondent; CONRAD GACK, Appellant.— Decree unanimously affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HOMER E. WEIDLICH, Appellant, Respondent, v. ARTHUR M. COMLEY and Others, Defendants, Impleaded with HELEN V. WEIDLICH, Also Known as HELEN VOLK-HARDT, Respondent, Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.